United States District Court
Southern District of Texas
**ENTERED**
May 02, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADAM A BALLE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-66 |
| § | |
| CITY OF CORPUS CHRISTI, *et al*, § | |
| § | |
| Defendants. § | |

## **FINAL JUDGMENT**

The parties Adam Balle, City of Corpus Christi, and Corpus Christi police officers Benjamin Perriraz and Albert Salinas, announced that they have fully settled all claims between them and that they have agreed to dismiss the claims between them with all costs and attorney fees to be adjudged against the parties incurring same in the settlement agreement.

Final Judgment is entered on the claims between Adam Balle and the City of Corpus Christi and City of Corpus Christi police officers Benjamin Perriraz and Albert Salinas, and the claims are hereby dismissed with prejudice to the parties refiling same and all costs of suit and attorney fees between Balle, City of Corpus Christi, and police officers Perriraz and Salinas are adjudged against the parties incurring same.

Interlocutory orders were entered dismissing Nueces County and Sheriff Jim Kaelin on February 26, 2015. [D.E.#71] and dismissing Defendants Chelsea Johnson and Deborah Charette on September 30, 2015. [D.E.#109]. It is ORDERED that all claims and causes of action brought by Adam Balle against Defendants Nueces County, Sheriff Jim Kaelin, Deborah Charette, and Chelsea Johnson are hereby dismissed with prejudice

to Plaintiff refiling same and that Plaintiff take nothing from Defendant Nueces County, Sheriff Jim Kaelin, or from Deborah Charette and Chelsea Johnson. This is a final judgment from which an appeal may issue.

    SO ORDERED this 2nd day of May, 2016, at McAllen, Texas.

                                                                  */s/ Randy Crane*
                                                                 Randy Crane
                                                                 United States District Judge