IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-40789

D.C. Docket No. 2:14-CV-66

United States Court of Appeals
Fifth Circuit
**FILED**
June 15, 2017
Lyle W. Cayce
Clerk

ADAM A. BALLE,

      Plaintiff - Appellant

v.

NUECES COUNTY, TEXAS; DEBORAH CHARETTE; CHELSEA JOHNSON,

      Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

Before KING, JOLLY, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Jul 07, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit